IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01919-WDM-MJW

MICHAEL P. ORONA,

Plaintiff(s),

v.

HOME DEPOT USA. INC.,

Defendant(s).

## MINUTE ORDER

    It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 17) is GRANTED. The written Protective Order (docket no. 17-2) is APPROVED as amended in paragraphs 13 and 19 and made an Order of Court.

Date: January 3, 2008